### Exhibit A to the Complaint

**Location:** Brooklyn, NY  **IP Address:** 100.37.254.205
**Total Works Infringed:** 39  **ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | BC64A028877BD06BD30DFF8B3D0C6C61145FA3CF | 01/18/2025 04:34:54 | Blacked Raw | 09/28/2020 | 10/22/2020 | PA0002261800 |
| 2 | 4D1DCF5FC980E66BF081082515EED376148620A4 | 01/10/2025 01:05:19 | Tushy | 12/12/2021 | 02/03/2022 | PA0002341808 |
| 3 | f61ce1b6ca0ff31e38023a3e6b21f99c4f77afe6 | 01/09/2025 01:31:27 | Tushy | 03/01/2020 | 04/15/2020 | PA0002244962 |
| 4 | BC288BBCF11B4198F45951B0AD71C4CD2DD72599 | 12/21/2024 00:34:32 | Tushy | 06/13/2021 | 06/24/2021 | PA0002303160 |
| 5 | B4F78A6443F0A429289E0D866EEBFD6A5274936C | 12/20/2024 23:42:22 | Tushy | 02/06/2022 | 02/14/2022 | PA0002335460 |
| 6 | 90F0A63118C98A5FD7F427A43C7036BD7B908BAF | 12/20/2024 23:34:41 | Tushy | 08/11/2024 | 08/15/2024 | PA0002484873 |
| 7 | 86235845934F186C18A40F3C669C6E5A9A69CC57 | 12/20/2024 23:05:44 | Tushy | 10/31/2021 | 01/07/2022 | PA0002337490 |
| 8 | B95C8DB69C0B9BC71D92D9B84811D2F693C2A5C0 | 12/20/2024 22:16:44 | Tushy | 11/21/2021 | 12/09/2021 | PA0002325830 |
| 9 | F9A2F2491EA13F2F5A8FE10D4514D1BEF9D698F7 | 12/14/2024 05:32:09 | TushyRaw | 09/10/2024 | 09/18/2024 | PA0002490434 |
| 10 | 502C83397F0F4894D04DEEF976652E2392EE0259 | 12/09/2024 06:59:04 | Tushy | 09/18/2019 | 10/01/2019 | PA0002217340 |
| 11 | AAD9F4A3B2AEF3E0D6E0D182C907CF2F2163CDB4 | 12/04/2024 03:24:36 | Blacked | 04/25/2017 | 06/15/2017 | PA0002037576 |
| 12 | AED3926DE572FD6F7CAB5FC4073F063C4842EA7A | 12/04/2024 02:30:43 | Blacked | 05/23/2024 | 06/18/2024 | PA0002476881 |
| 13 | 7F8313C8731BF43BB8E18DB21AC8FC2545451AC2 | 11/30/2024 04:59:37 | Tushy | 02/05/2019 | 02/22/2019 | PA0002155146 |
| 14 | 2295f7e64cbaddb6b958bd4b1417a4f7373937c8 | 11/05/2024 15:15:16 | Milfy | 10/23/2024 | 11/18/2024 | PA0002500970 |
| 15 | a91de4deaf1326487e7ce3f6e5a9091d4f913e08 | 10/11/2024 00:40:38 | Tushy | 11/13/2022 | 12/11/2022 | PA0002384758 |
| 16 | d2085938d3d3b9f0d0864769dc479d9ee86b8324 | 10/03/2024 15:43:52 | Tushy | 08/19/2019 | 08/26/2019 | PA0002213301 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 34c9da8af8e8c173c22fcfb22236b3684a69f1cf | 09/30/2024 21:28:15 | Blacked | 09/16/2023 | 10/18/2023 | PA0002435289 |
| 18 | 5b51683397e8e76102dfbd4b1dd6d198ae30f4af | 09/30/2024 21:28:15 | Vixen | 02/23/2018 | 03/01/2018 | PA0002079181 |
| 19 | c8a29a5f7af7b136ff0f2d56402f25c9c10884a5 | 08/30/2024 19:34:13 | Blacked Raw | 03/21/2022 | 03/29/2022 | PA0002342707 |
| 20 | 4dee0a062d1df9cc18196db054ab5c6df4b48c17 | 08/21/2024 20:12:35 | Blacked | 03/29/2024 | 04/10/2024 | PA0002464918 |
| 21 | c45ff382801ef1ba321b36f4ce004cf6e975cd8b | 07/05/2024 16:56:02 | Blacked | 10/01/2022 | 10/31/2022 | PA0002377817 |
| 22 | 9ab7f44c465eb3888ea7720b3a2bc4c69affbc7c | 06/27/2024 01:12:46 | Blacked | 05/09/2020 | 06/08/2020 | PA0002243649 |
| 23 | 4761c37ee37d394878de2667fdc7e2d4ef521b0e | 05/04/2024 01:37:50 | Blacked | 09/22/2018 | 11/01/2018 | PA0002143419 |
| 24 | 902db9bcf13202056a9929f07e4a69ff1ba74eff | 04/16/2024 01:43:30 | Blacked Raw | 11/22/2019 | 12/17/2019 | PA0002217672 |
| 25 | f218b10c3b3238ba1b3624cdb5a9319784f06a35 | 10/09/2022 00:12:39 | Blacked | 12/21/2017 | 01/15/2018 | PA0002070941 |
| 26 | b8e23abd0b6ddff8f70f710929652c3e8fe097ea | 10/08/2022 17:01:01 | Blacked Raw | 03/08/2019 | 04/29/2019 | PA0002169934 |
| 27 | d75fb1f87f7ff6c54f7fe544eeb5250b5e0f97b6 | 10/08/2022 17:00:46 | Blacked | 08/28/2019 | 09/13/2019 | PA0002200704 |
| 28 | 40b74273b64432b850037cc4adb4dc71ed817bd1 | 10/08/2022 10:36:25 | Blacked Raw | 08/20/2019 | 09/13/2019 | PA0002200701 |
| 29 | 11a4398b5a3b03fe1a73ecb33135a6eca1300014 | 10/08/2022 07:01:45 | Vixen | 12/18/2020 | 01/04/2021 | PA0002277038 |
| 30 | a6d7bbf776b0f892cab93a5ec1e6be0e35b8f66c | 10/08/2022 05:46:02 | Blacked | 12/01/2018 | 01/22/2019 | PA0002149844 |
| 31 | a4cc592698f8ce9186d12877d051d4b0ce5b315b | 10/08/2022 03:39:46 | Blacked | 10/07/2017 | 10/19/2017 | PA0002058300 |
| 32 | edb88ac4b375b9866bc860c29c8d22ca1dbe69b5 | 10/07/2022 23:19:25 | Blacked | 01/05/2018 | 01/15/2018 | PA0002099696 |
| 33 | 5573ac370ddef0b6326551c3209ad11d503e5eb4 | 10/06/2022 12:22:31 | Blacked | 05/29/2021 | 07/08/2021 | PA0002300658 |
| 34 | 9ee27a6d03a1f1066db44789975a17dd687bc042 | 10/06/2022 10:20:34 | Vixen | 11/15/2017 | 12/04/2017 | PA0002098032 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | e50edf5c8b32a26d92d45f7ad081b965caa7fae4 | 10/06/2022 06:57:30 | Blacked | 11/21/2020 | 11/30/2020 | PA0002266354 |
| 36 | 1b696ba84b7a3e8be0a76eb9ca34814e7cf6770d | 10/06/2022 02:27:10 | Blacked | 06/18/2022 | 06/27/2022 | PA0002355032 |
| 37 | 67c3e644082214c6ffacfac4e535d445fc93eed8 | 10/06/2022 02:20:02 | Vixen | 08/07/2020 | 08/18/2020 | PA0002253099 |
| 38 | a8084c19bec1d09429b59bf860c6fe610736a2ee | 10/05/2022 11:25:29 | Tushy | 04/17/2022 | 04/23/2022 | PA0002346417 |
| 39 | cd45afebe05279dc0399cd8163eb2e6fe1c78853 | 10/03/2022 15:03:49 | Blacked | 10/22/2018 | 11/25/2018 | PA0002136653 |