UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
                                                                 :
STRIKE 3 HOLDINGS, LLC,                                          :
                                                                 :   Case No. 1:25-cv-01274-VMS
                                      Plaintiff,                 :
                                                                 :
                vs.                                              :
                                                                 :
JOHN DOE subscriber assigned IP address                          :
100.37.254.205,                                                  :
                                                                 :
                                      Defendant.                 :
-----------------------------------------------------------------X
```

**MOTION FOR LEAVE TO SERVE A THIRD PARTY**
**SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE**

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Points and Authorities in support of this motion; (2) Declaration of Jorge Arco in support of this motion; (3) Declaration of Patrick Paige in support of this motion; and (4) Declaration of Susan B. Stalzer in support of this motion, Strike 3 Holdings, LLC ("Plaintiff"), respectfully moves for entry of an order granting it leave to serve a third party subpoena on Verizon Fios, prior to a Rule 26(f) conference (the "Motion"). A proposed order is attached for the Court's convenience.

Dated: 03/11/2025                               Respectfully submitted,

                                                By: */s/ John C. Atkin*
                                                    John C. Atkin, Esq.
                                                    JAtkin@atkinfirm.com
                                                    400 Rella Boulevard, Suite 165
                                                    Suffern, NY 10901
                                                    Tel.: (973) 314-8010
                                                    Fax: (833) 693-1201
                                                    *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. Since Defendant's identity is unknown, I was unable to send a copy of the foregoing documents to Defendant or Defendant's counsel at this time.

By: */s/ John C. Atkin*          